■ THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE BROWN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Mark Kaplan, Esq., of 60 Broadway, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY M. LUCASIK.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MASON.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY GREEN.— Motion dismissed for lack of jurisdiction by this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Enlargement of time granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.